UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>LVNV FUNDING, LLC, *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-01597-JLT-CDB<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED AS DUPLICATIVE OF EARLIER-FILED ACTION<br><br><u>7-DAY DEADLINE</u> |

Plaintiff Tina Martinez initiated this action with the filing of a complaint on December 30, 2024, asserting ten causes of action against Defendants LVNV Funding, LLC, and Financial Recovery Services, Inc. (Doc. 1). Upon a review of the complaint, it appears that this action may be duplicative of an earlier-filed action in this court: *Martinez v. LVNV Funding, LLC, et al.*, Case No. 1:24-cv-01228-CDB. In that action, which Plaintiff initiated with the filing of a complaint on October 10, 2024, Plaintiff also asserts against LVNV Funding, LLC, ten causes of action arising out of a set of facts that appear to be substantially similar to those alleged in the instant action. Each of the actions names an additional co-Defendant: in this action, Financial Recovery Services, Inc., and in the first-filed action, Credit Control, LLC.

**<u>Conclusion and Order</u>**

Accordingly, it is HEREBY ORDERED that, within seven (7) days of entry of this order, Plaintiff shall show cause (1) why she is unable to amend her complaint in Case No. 1:24-cv-

01228-CDB to include the additional co-Defendant named herein, as set forth in Federal Rule of Civil Procedure 15, and (2) why this action should not be dismissed as duplicative as the first-filed action.

IT IS SO ORDERED.

Dated: **January 3, 2025**

UNITED STATES MAGISTRATE JUDGE