**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Kristel A. Robinson** (SBN 212129)
213.374.1272 | krobinson@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
LVNV FUNDING, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA MARTINEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC, and FINANCIAL RECOVERY SERVICES, INC.,<br><br>    Defendants. | Case No.: 1:24-cv-01597-JLT-CDB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)**<br><br>Action Filed: December 30, 2024<br>Judge:   Hon. Jennifer L. Thurston<br>Trial Date:  Not Yet Set |

Plaintiff TINA MARTINEZ ("Plaintiff") and Defendant LVNV FUNDING, LLC ("Defendant"), through their counsel of record, hereby stipulate and agree to extend Defendant's time to answer or otherwise plead in response to Plaintiff's Complaint as follows:

1. Plaintiff filed the Complaint against Defendant on December 30, 2024;

2. Plaintiff served the Complaint on Defendant on January 2, 2025;

3. Defendant's initial deadline to answer or otherwise plead in response to Plaintiff's Complaint is January 23, 2025;

4. The Parties stipulate to extend the time for Defendant to file a response to the Complaint by twenty-one (21) days through and including February 13, 2025;

5. Per Local Rule 144 (Fed. R. Civ. P. 6), this stipulation does not require a proposed order because the extension of time to respond to the Complaint is not greater than twenty-eight (28) days from the initial response deadline.

WHEREFORE, the Parties agree that Defendant's time within which to answer or otherwise plead in response to Plaintiff's Complaint shall be extend through and including February 13, 2025.

**IT IS SO STIPULATED.**

DATED: January 22, 2025

        YU | MOHANDESI LLP

        By: */s/ B. Ben Mohandesi*
           B. Ben Mohandesi
           Kristel A. Robinson
           Attorneys for Defendants

DATED: January 22, 2025

        By: */s/ Ely Grinvald (as authorized on 01/21/2025)*
           Ely Grinvald
           Attorney for Plaintiff
           Tina Martinez

YU | MOHANDESI LLP
633 W. Fifth Street, Suite 2800
Los Angeles, CA 90071

# **CERTIFICATE OF SERVICE**

I certify that on January 22, 2025, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED: January 22, 2025        By  */s/ B. Ben Mohandesi*
                                                     B. Ben Mohandesi