**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Kristel A. Robinson** (SBN 212129)
213.374.1272 | krobinson@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
LVNV FUNDING, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA MARTINEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC, and FINANCIAL RECOVERY SERVICES, INC.,<br><br>      Defendants. | Case No.: 1:24-cv-01597-JLT-CDB<br><br>**DEFENDANT LVNV FUNDING, LLC'S NOTICE OF INTERESTED PARTIES**<br><br>**[FED. R. CIV. PROC. 7.1]** |

DEFENDANT LVNV FUNDING, LLC'S NOTICE OF INTERESTED PARTIES

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant LVNV Funding, LLC ("Defendant"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These disclosures are made to enable the Court to evaluate possible disqualification or recusal. |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant LVNV Funding, LLC ("Defendant"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These disclosures are made to enable the Court to evaluate possible disqualification or recusal.

Defendant is a privately held company.

No publicly held corporation owns 10% or more of Defendant's stock.

Should the identity of any other interested party become known, or if any of the information contained herein changes, Defendant will notify the Court and all parties by filing a supplemental notice.

DATED: January 22, 2025         YU | MOHANDESI LLP

By:  */s/ B. Ben Mohandesi*
     B. Ben Mohandesi
     Kristel A. Robinson
     Attorneys for Defendant
     LVNV Funding, LLC

# **CERTIFICATE OF SERVICE**

I certify that on January 22, 2025, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: January 22, 2025        By */s/ B. Ben Mohandesi*
                                                              B. Ben Mohandesi